JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

YAWEN CHEN,

            Petitioner,

     v.

TODD M. LYONS, et al.

           Respondents.

Case No. 5:26-cv-02746-MBK

JUDGMENT

Pursuant to the Court's Order Granting Petition, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: May 28, 2026

_____
HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE